# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:12−cv−01168−RC

SHAHEEN v. SMITH et al  
Assigned to: Judge Rudolph Contreras  
Cause: 17:101 Copyright Infringement  

Date Filed: 07/17/2012  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**DAVID T. SHAHEEN**　　　　　　　　　　represented by　**Stevan H. Lieberman**  
GREENBERG &LIEBERMAN  
2141 Wisconsin Avenue, NW  
Suite C−2  
Washington, DC 20007  
(888) 275−2757  
Fax: (202) 625−7001  
Email: stevan@aplegal.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHARLES J. SMITH**

**Defendant**

**HOW 2 GO PUBLIC.COM INC**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2012 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0090−3006173) filed by David T Shaheen. (Attachments: # 1 All Exhibits, # 2 Civil Cover Sheet, # 3 Summons for Charles Smith, # 4 Summons for How 2 Go Public Com)(Lieberman, Stevan) Modified on 7/18/2012 (jeb, ). (Entered: 07/17/2012) |
| 07/17/2012 | Ï | Case Assigned to Judge Gladys Kessler. (sth, ) (Entered: 07/18/2012) |
| 07/17/2012 | Ï 2 | Electronic Summons (2) Issued as to HOW 2 GO PUBLIC.COM INC, CHARLES J. SMITH. (Attachments: # 1 Summons, # 2 Summons)(sth, ) (Entered: 07/18/2012) |
| 07/18/2012 | Ï 3 | Case randomly reassigned to Judge Rudolph Contreras. Judge Gladys Kessler no longer assigned to the case. (ds) (Entered: 07/18/2012) |
| 11/08/2012 | Ï 4 | AFFIDAVIT *of Mailing* by HOW 2 GO PUBLIC.COM INC, CHARLES J. SMITH. (dr) (Entered: 11/09/2012) |
| 11/19/2012 | Ï 5 | MOTION for Default Judgment as to defendants by DAVID T. SHAHEEN (td, ) (Entered: 11/20/2012) |
| 01/14/2013 | Ï | MINUTE ORDER. It is hereby ORDERED that the plaintiff's 5 motion for a default judgment is |

| | | |
|---|---|---|
| | | DENIED without prejudice. Before seeking a default judgment, the plaintiff must first request a default from the clerk of the court. Fed. R. Civ. P. 55(a). Following the clerk's entry of default, the plaintiff may then file a motion for a default judgment. Id. 55(b)(2); Int'l Painters &Allied Trades Industry Pension Fund v. Rose City Glass Co., 729 F. Supp. 2d 336, 338 n.3 (D.D.C. 2010). SO ORDERED. Signed by Judge Rudolph Contreras on 1/14/2013. (lcrc3) (Entered: 01/14/2013) |
| 01/28/2013 | Ï 6 | LEAVE TO FILE DENIED for failure to file proof of service. Signed by Judge Rudolph Contreras on 01/25/2013. This document is unavailable as the Court denied its filing. (jf, ) (Entered: 01/28/2013) |
| 02/04/2013 | Ï 7 | AFFIDAVIT FOR DEFAULT by CHARLES J. SMITH. (td, ) (Entered: 02/11/2013) |
| 02/04/2013 | Ï 8 | Clerk's ENTRY OF DEFAULT as to HOW 2 GO PUBLIC.COM INC, CHARLES J. SMITH (td, ) (Entered: 02/11/2013) |
| 03/12/2013 | Ï | MINUTE ORDER. It is hereby ORDERED that the plaintiff shall submit a status report on or before April 2, 2013. SO ORDERED. Signed by Judge Rudolph Contreras on 3/12/13. (lcrc3) (Entered: 03/12/2013) |
| 03/15/2013 | Ï 9 | MOTION for Default Judgment as to by DAVID T. SHAHEEN (Lieberman, Stevan) (Entered: 03/15/2013) |
| 04/10/2013 | Ï 10 | ORDER TO SHOW CAUSE. See order for details. Signed by Judge Rudolph Contreras on 4/10/13. (lcrc3) (Entered: 04/10/2013) |
| 04/12/2013 | Ï | Reset Deadlines: Response to Show Cause due by 5/10/2013. (tj) (Entered: 04/12/2013) |
| 05/08/2013 | Ï 11 | RESPONSE TO ORDER TO SHOW CAUSE by DAVID T. SHAHEEN . (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Lieberman, Stevan) (Entered: 05/08/2013) |
| 05/08/2013 | Ï 12 | MOTION for Discovery, MOTION to Transfer Case by DAVID T. SHAHEEN. (See Docket Entry 11 to view document) (jf, ) (Entered: 11/13/2013) |
| 11/13/2013 | Ï 13 | ORDER denying 9 Motion for Default Judgment; denying 12 Motion for Discovery; granting 12 Motion to Transfer Case. This case is transferred to the United States District Court for the District of Nevada. See document for details. Signed by Judge Rudolph Contreras on 11/13/2013. (lcrc1) (Entered: 11/13/2013) |
| 11/13/2013 | Ï 14 | MEMORANDUM OPINION denying 9 Motion for Default Judgment; denying 12 Motion for Discovery; granting 12 Motion to Transfer Case. This case is transferred to the United States District Court for the District of Nevada. See document for details. Signed by Judge Rudolph Contreras on 11/13/2013. (lcrc1) (Entered: 11/13/2013) |
| 11/26/2013 | Ï | Case transferred to the United States District Court for the District of Nevada, pursuant to Court Order entered 11/13/2013. Sent to Court extraction. (jf, ) (Entered: 11/26/2013) |
| 11/26/2013 | Ï 15 | NOTICE of Extraction of case transferred to United States District Court for the District of Nevada (jf, ) (Entered: 11/26/2013) |