# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID T. SHAHEEN, ) | |
|       Plaintiff, ) | Case No. 2:13-cv-02213-JAD-GWF |
| vs. ) | **ORDER** |
| CHARLES J. SMITH, *et al.*, ) | |
|       Defendants. ) | |

This matter is before the Court on Plaintiff's failure to file a status report required by Minute Order #18 dated December 3, 2013.  Accordingly,

**IT IS ORDERED** counsel for Plaintiff shall file a status report on or before January 21, 2014 which shall:

1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

2. Include a statement by counsel of action required to be taken by this Court.

DATED this 8th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge