# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID T. SHAHEEN, | |
| Plaintiff, | Case No. 2:13-cv-02213-JAD-GWF |
| vs. | **ORDER** |
| CHARLES J. SMITH, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's failure to file a status report required by Minute Order #18 dated December 3, 2013. On January 9, 2014, the Court ordered that Plaintiff file a status report on or before January 21, 2014 (Order #19). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** counsel for Plaintiff shall file a status report on or before **February 13, 2014** which shall:

1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

2. Include a statement by counsel of action required to be taken by this Court.

DATED this 3rd day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge