# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID T. SHAHEEN,

    Plaintiff,

vs.

CHARLES J. SMITH, *et al.*,

    Defendants.

Case No. 2:13-cv-02213-JAD-GWF

**ORDER**

This matter comes before the Court on Plaintiff's Status Report (#24), filed on February 13, 2014. Plaintiff's Complaint (#1) was initially filed in the United States District Court for the District of Columbia ("D.D.C.") on July 17, 2012. Plaintiff avers that both Defendants were served on September 5, 2012, but that neither answered or otherwise responded. Plaintiff filed a Motion for Default Judgment (#9) on March 15, 2013. On April 10, 2013, the D.D.C. *sua sponte* entered an Order to Show Cause (#10), requiring Plaintiff to show cause why his Complaint should not be dismissed for lack of personal jurisdiction. In response, Plaintiff moved to transfer the case, representing that both Defendants are residents of Nevada. *See Response, Doc. #11*. On November 13, 2013, the D.D.C. denied the Motion for Default Judgment (#9), and granted the Motion to Transfer (#12). *See Order, Doc. #13*. On December 3, 2013, this case was transferred to the District of Nevada. *See Doc. #16*. Because Defendants did not appear when the case was in the District of Columbia, and because summonses have not issued from this District, the Court will order Plaintiff, in the event he wishes to prosecute this action, to serve process on Defendants with summonses issued by this Court. Accordingly,

...

...

1 **IT IS HEREBY ORDERED** that Plaintiff shall serve Defendants with a copy of the
2 Complaint and summons from this Court in compliance with Federal Rule of Civil Procedure 4.
3 DATED this 5th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge